## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:96cr00178-004 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MAURICE DAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on December 2, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Darin Thompson.

The original violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on November 8, 2013 [Doc. 357]. No objection were filed by either counsel for plaintiff or defendant. The Court adopted the Report and Recommendation of the Magistrate Judge and found that the following terms of supervision had been violated:

    1) new criminal law violation in Mahoning County Common

       Pleas Court Case No. 2013CR366.

Therefore, the defendant is committed to the Bureau of Prisons for a term of 12 months with credit for time served in federal custody on the instant violation. Upon release from incarceration defendant's federal supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: December 2, 2013             *s/   James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE